UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

VICTOR GUZMAN

                                 Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

19 -CR-736 ( )( )

Defendant ___VICTOR GUZMAN___ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

\_\_\_ Initial Appearance Before a Judicial Officer

\_\_\_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_ Bail/Detention Hearing

\_\_\_ Conference Before a Judicial Officer

X   PLEA

___Victor Guzman/MKB___
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

___VICTOR GUZMAN___
Print Defendant's Name

___Michael K Burke___
Defendant's Counsel's Signature

___MICHAEL K BURKE___
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

___6/15/21___
Date

___Judith C. McCarthy___
U.S. District Judge/U.S. Magistrate Judge