UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                    Plaintiff,              **MEMORANDUM**

    -against-                                      19 Cr. 736 (NSR)

VICTOR GUZMAN,

                    Defendant.
------------------------------------------------------------X

TO:  Nelson S. Román, United States District Judge:

      Please find attached a transcript of the June 15, 2021 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: August 19, 2021
       White Plains, New York

                                                        Respectfully Submitted,

                                                        */s/ Judith C. McCarthy*
                                                        JUDITH C. McCARTHY
                                                        United States Magistrate Judge